# United States Bankruptcy Court

District of Massachusetts

In re  Elizabeth Marie Stasiowski

Case No. _____

**Debtor**

Chapter  13  _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

[✔] FLAT FEE

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 4,000.00

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . $ 1,690.00

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 2,310.00

[ ] RETAINER

   For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $ _____

   The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . $ _____

   [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

   [✔] Debtor       [ ] Other (specify)

3. The source of compensation to be paid to me is:

   [✔] Debtor       [ ] Other (specify)

4. [✔] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [ ] I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

      d.  [Other provisions as needed]

a. Analysis of the Debtor's financial situation, and rendering advice to the Debtor in determining whether to file a petition for bankruptcy;
b. Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing and any adjourned hearings thereof;
d. Representation of the Debtor in adversary proceedings and other contested bankruptcy matters;
e. The initial fee indicated above is comprised of a $3,500.00 fee for pre-confirmation legal services and a $500.00 fee for post-confirmation legal services. If the initial fee is not sufficient to compensate the attorney for the legal services rendered in this case, the attorney shall apply to the court for additional fees as required by Local Rule.

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| 02/26/2019 | /s/ Colin Creager, 697526 |
| *Date* | *Signature of Attorney* |
| | Law Office of Nicholas F. Ortiz, P.C. |
| | *Name of law firm* |
| | 99 High Street, Suite 304 |
| | Suite 304 |
| | Boston, MA 02110 |
| | cdc@mass-legal.com |